JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**MICHAEL W. MITCHELL, TEXAS STATE BAR NO. 24037126**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID  83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375
Email: Mike.Mitchell@usdoj.gov

*Attorneys for the Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Case No. 1:23-CV-00172-CWD<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiff Western Watersheds Project and Defendant, United States Forest Service, by and through their respective undersigned counsel, hereby stipulate and agree that the Complaint filed in the above-entitled action may be dismissed, with prejudice, pursuant to the fully executed Settlement Agreement submitted herewith.

**STIPULATION FOR DISMISSAL - 1**

SO STIPULATED this 14th day of November, 2023.

                                              JOSHUA D. HURWIT
                                              UNITED STATES ATTORNEY
                                              By:

                                              __*/s/ Michael W. Mitchell*_____
                                              MICHAEL W. MITCHELL
                                              Assistant United States Attorney

                                              *Attorneys for Defendant*

SO STIPULATED this 14th day of November, 2023.

                                              WESTERN WATERSHEDS PROJECT
                                              By:

                                              __/s/ Talasi B. Brooks_____
                                              TALASI BROOKS

                                              *Attorney for Plaintiff*

**STIPULATION FOR DISMISSAL - 2**